# Order

Michigan Supreme Court
Lansing, Michigan

April 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161690-1

KENNETH McKENZIE,
            Plaintiff-Appellee,

v

DEPARTMENT OF CORRECTIONS, STATE
OF MICHIGAN, and MACOMB
CORRECTIONAL FACILITY WARDEN,
            Defendants-Appellants,
and

RANDALL HAAS,
            Defendant.

SC: 161690
COA: 347061
Wayne CC: 18-002451-CD

_____/

FATIMA OLDEN,
            Plaintiff-Appellee,

v

DEPARTMENT OF CORRECTIONS, STATE
OF MICHIGAN, and MACOMB
CORRECTIONAL FACILITY WARDEN,
            Defendants-Appellants.

SC: 161691
COA: 347798
Wayne CC: 18-001424-CD

_____/

On order of the Court, the application for leave to appeal the May 7, 2020 judgment of the Court of Appeals is considered. We DIRECT the parties to submit supplemental briefs within 28 days of the date of this order addressing whether MCL 600.6440 exempts the third count of each plaintiff's amended complaint from the exclusive jurisdiction of the Court of Claims. See MCL 600.6419(1). The exemption in MCL 600.6440 refers to claims "against the state [or] any department, commission, board, institution, arm or agency thereof[,]" but the only defendant named in the third count of either amended complaint is the defendant warden.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



t0419

Clerk